

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

Nos. 04-19-00255-CR, 04-19-00258-CR, 04-19-00259-CR

John Gabriel **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2017CR7236, 2019CR2596, 2019CR2597
Honorable Stephanie R. Boyd, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: June 12, 2019

DISMISSED FOR WANT OF JURISDICTION

Appellant John Gabriel Castillo filed notices of appeal for trial court causes 2017CR7236, 2019CR2596, and 2019CR2597. This court assigned appeals numbered 04-19-00255-CR, 04-19-00258-CR, and 04-19-00259-CR respectively.

The clerk's record in each appeal shows the underlying cause was taken into consideration in Appellant's plea bargain, no final judgment or trial court certification was signed, and each trial court cause was dismissed.

Because the clerk's records did not appear to contain appealable judgments or orders, on May 6, 2019, we ordered Appellant to show cause in writing by May 28, 2019, why these appeals should not be dismissed for want of jurisdiction. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (authorizing a defendant in a criminal action to appeal); *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008) (reiterating that the right to appeal under article 44.02 is limited to appeal from a final judgment); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) ("Generally, we only have jurisdiction to consider an appeal by a criminal defendant where there has been a judgment of conviction."). On May 31, 2019, court-appointed appellate counsel filed a letter acknowledging that Appellant has no right of appeal in these cases.

The record in each case shows there is no final judgment of conviction to review; this court's jurisdiction has not been invoked. *See Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown*, 915 S.W.2d at 161. We dismiss these appeals for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH